UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-1325

DEANNA R. MCCABE,

Plaintiff - Appellant,

versus

DIBERT VALVE AND FITTING COMPANY, INCORPORATED,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Robert G. Doumar, Senior District Judge. (CA-95-634-2)

Submitted:  October 17, 1996          Decided:  October 23, 1996

Before MURNAGHAN and WILLIAMS, Circuit Judges, and BUTZNER, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Deanna R. McCabe, Appellant Pro Se.  David Edward Constine, III, MAYS & VALENTINE, Richmond, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order dismissing her employment discrimination case as barred by the statute of limitations embodied in 42 U.S.C. § 2000e-5(f)(1) (1994). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>McCabe v. Dibert Valve</u>, No. CA-95-634-2 (E.D. Va. Feb. 16, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2